COURTS COPY
ORIG w/ summons

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR 1 1 2008
Mar. 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SCOTT HILDRETH

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

JOHN STROGER, JR.
TOM DART
ANTHONY GUDINEZ
DR. E. ? COUTURE
DR. KEVIN SIMMS
SHARON McGILLICUTTY
SGT. ? THOMAS
C.O. ? SUNGKAPAN
C.O. ? MASELKO

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

08CV1461
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

Case (To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: SCOTT HILDRETH

B. List all aliases: NONE

C. Prisoner identification number: 2007-0028801

D. Place of present confinement: COOK COUNTY JAIL

E. Address: P.O. BOX 089002, CHICAGO, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: JOHN STROGER, JR.

Title: COOK COUNTY BOARD PRESIDENT

Place of Employment: 118 N. CLARK ST., SUITE 537, CHICAGO, IL.

B. Defendant: TOM DART

Title: COOK COUNTY SHERIFF

Place of Employment: 50 W. WASHINGTON, ROOM 704, CHICAGO, IL. 60602

C. Defendant: ANTHONY GUDINEZ

Title: COOK COUNTY DEPARTMENT OF CORRECTIONS DIRECTOR

Place of Employment: ? 2650 S. California Ave. Chicago 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

SEE ATTACHED PAGE 2A

D. DR. E ____?____ COUTURE
CERMAK HOSPITAL MEDICAL DIRECTOR
2800 S. CALIFORNIA AV., CHICAGO, IL. 60608

E. DR. KEVIN SIMMS
MEDICAL DOCTOR
____?____ DIVISION 9, CHICAGO, IL. 60608

F. SHARON MC GILLICUTTY
NURSE
____?____ DIVISION 9, CHICAGO, IL. 60608

G. ____Blk Female ?____ THOMAS
COOK COUNTY SHERIFF'S DEPUTY SGT.
____?____ DIVISION 9, CHICAGO, IL. 60608

H. ____?____ SUNGKAPAN
COOK COUNTY SHERIFF'S DEPUTY CORRECTIONS OFFICER
____?____ DIVISION 9, CHICAGO, IL. 60608

I. ____?____ MASEL[illegible]KO
COOK COUNTY SHERIFF'S DEPUTY CORRECTIONS OFFICER
____?____ DIVISION 9, CHICAGO, IL. 60608

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: SCOTT HILDRETH V. COOK COUNTY, ET AL.; 07 C 4696

B. Approximate date of filing lawsuit: AUGUST 20, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: SCOTT HILDRETH

D. List all defendants: COOK COUNTY, IL.
COOK COUNTY SHERIFF TOM DART
DEPUTY DETECTIVE CHRISTOPHER McGUIRE #932

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILL., EASTERN DIV.

F. Name of judge to whom case was assigned: MATTHEW F. KENNELLY

G. Basic claim made: ILLEGAL ARREST 4TH AMENDMENT VIOLATION

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: DOES NOT APPLY

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I would like to bring this action against all defendants, under the color of law, in their official capacity except four of them: Mc Gillicutty (#6), Sgt. Thomas (#7), C.O. Sungkapan (#8), and C.O. Maselako (#9). If possible, and/or if the court would allow it, these particular defendants in their individual capacities. I would be seeking the amount of $5,000 each out-of-pocket for their failure to do what was necessary — to contact who should have been contacted, or, in turn, keeping me from getting medical treatment or seeing medical staff, or simply interfering with my receiving prescribed medication. As for nurse McGillicutty, it's her failure to do her job and comply with the Hippocratic Oath.

This suit is about my getting "reasonably adequate" medical care, services at a level reasonably commensurate with modern medical science and of a quality acceptable within prudent professional standards. It is about continued negligence from April 20, 2007 through and up to February 3, 2008 for a serious pre-existing illness, Parkinson's Disease. As an example, a prescription was written on January 25 yet I never received any medication until after February 3, 2008 — ten days—no medication at all for a serious illness. No one cared at all. This is deliberate indifference to a serious medical need which constitutes the unnecessary and wanton infliction of pain — proscribed by the Eighth Amendment. Also applied the deliberate indifference standard to pre-trial detainees under the due process clause.

To add insult to injury, I have been ridiculed, called names, and mocked. Jail as well as court personnel have contributed to this. When plaintiff asked C.O.'s Sungkapan and Maselko to help him get a hold of medical staff and/or medication, the conversation turned to whether or not he had to file another lawsuit against Tom Dart, at which point the two C.O.'s started whispering between themselves and snickering like little school girls. In particular, Maselko had a Devil-may-care attitude and stated something to

the effect "go ahead and sue, see if I care, screw Tom Dart." Sungkapan chimed in, "I agree."

Mr. Hildreth, plaintiff, has been continually and constantly denied the medical attention and treatment he is entitled to under every legal, medical, constitutional and D.O.C. guideline down to basic, simple, banal humane treatment.

Since April 20, 2007 to February, 2008 at Cook County Jail, Division 9, he has been denied medication on a steady basis, as well as proper medical treatment and care, which the Constitution requires prison (and jail) authorities to provide. He has repeatedly conveyed to them the seriousness of his condition — his inability to function in an everyday manner — without his medication. Bodily functions, writing, reading, eating and swallowing, sleeping, walking, sitting (and others) are next to impossible.

Condition has been exacerbated due to poor and neglectful treatment which has culminated in deterioration of a nature heretofore experienced.

Plaintiff Hildreth has been denigrated, condemned, maligned by line and staff. Stress has been introduced by CCJ personnel, further hurting him. He can not defend himself

legally due to his writing and reading problems from lack of meds.

Documentation by I.D.O.C. is in the CCJ files and Dr. Couture is aware of them, whether she owns up to it or not. Further documentation in the form of grievances and requests (attached) are part and parcel of all this. The problems are never solved or addressed, as the employees play a game of pass-the-buck, capriciously dodging and ducking the issues at hand. In addition, there is name-calling and chortling, giggling and laughing directed at Mr. Hildreth in the most gratuitous ways. No human being, incarcerated or not, should have to be exposed and subjected to such deliberate indifference.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to make an impact on the operations at CCJ affecting the staff conduct towards healthcare and the dispensing of medication, so that I am no longer —and others— subject to this type of inhumane treatment. The defendants in their individual capacity should be ordered to pay $5,000 each out-of-pocket; the remaining defendants should be held responsible for $165,000.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 15th day of Feb., 20 08

Scott H[signature]

(Signature of plaintiff or plaintiffs)

SCOTT Hildreth

(Print name)

2007-0028801

(I.D. Number)

Box 089002

Chgo, Ill. 60608

(Address)

(Court Branch) (Court Date)

**FELONY COMPLAINT** Class x

CCCR-N662-100M-11/14/97 (83420157)
(This form replaces CCG-0662 " & " CCMC-216)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois
Plaintiff
-vs-

**COMPLAINT FOR PRELIMINARY EXAMINATION**

**NO.** ______________________

______________________
Defendant

______________________ (Complainants Name Printed or Typed) ______________________ complainant, now appears before The Circuit Court of Cook County and states that

______________________ (defendant) ______________________ (address) has, on or about

______________________ (date) at ______________________ (place of offense)

committed the offense of ______________________ in that he

______________________

in violation of ______________________ (Chapter) ______________________ (Act) ______________________ (Section)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | | | | | | |

CHARGE CODE

______________________ (Complainants

______________________ (Complainants Address) (Telephone No.)

STATE OF ILLINOIS }
COOK COUNTY } ss:

______________________ (Complainants Name Printed or Typed)

Being first duly sworn, the Complainant on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

______________________ (Complainants Signature)

Subscribed and sworn before me on this ______________________

______________________ (Judge, Deputy Clerk or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED Judge ______________________ Judge's No.
or
WARRANT ISSUED Bail set at: ______________________
or
BAIL SET AT: Must be Set by Judge Judge ______________________ Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**ORIGINAL COPY**

ROUGH DRAFT - Scott His copy. FINAL VERSION Turned in today (2/1/08) to Sgt. Thomas, approximately 2PM.

start are on his side

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: SCOTT HILDRETH Today's Date: 2/1/08

ID #: 2007 (Booking Year) - 0028801 (Number) Division: 9 Tier: 3H Birth Date: 5/28/58

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

Describe your problem: I saw Dr. Kevin Simms (and other doctor, too) on Wed., Jan. 30, 2008 - A prescription for me was written Jan. 25 and not acted upon in manner of being delivered to me... in fact, as of 2/1/08, I have still received none. All medical staff - doctors, nurses, pharmacologists, director, paramedic, etc - other than nurse Lorraine, are remiss and derelict and indolent and have a don't give a damn, sanctimonious attitude in violation of Hippocratic Oath & Dept. of Ill. REGISTRATION legal code and A.M.A., etc. There is absolutely no (OVER)

How long have you had this problem? 14 YRS ~~days / weeks / months (circle one)~~

Next Court Date:

**!!!STOP!!! DO NOT WRITE BELOW THIS LINE**

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC Date:

**Initial Provider Note:**

Signature/Title: Date: Time:

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call ☐ PRN

Signature/Title: Date: Time:

**Appointment Scheduler:**

Appointment Date:

Signature/Title:

Date: Time:

*CH83622*

PATIENT LABEL

Form#. 83622 Rev: May, 2003

CON FROM OTHER SIDE

See Other Side FIRST

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE FORMA DE SERVICIOS DE SALUD

Side 2 - Spanish

Nombre: ______ Fecha de hoy dia: ______

Numero De: ______ (Ano que entro) ______ (Numero) Divicion: ______ Celda: ______ Dia de Naciemento: ______

USE ESTA FORMA **PARA UN SOLO PROBLEMA**, YA SEA MEDICO, DENTISTA, O SIQUIATRICO. SI USTED TIENE OTRO PROBLEMA, DEBE LLENAR ORTA NIEVA FORMA. SU PEDIDO SERA REFERIDO AL SERVICIO APROPIADO.

Describa su problema: excuse or call for this inhumane, egregious, abominable inaction. A full frontal attack along the lines of law suits, media exposure, private investigative efforts, and any other drastic measures is going to be launched before I or someone else suffers irreparable damage, disfiguration, disease, or death, due to this neglect - willful and wanton neglect & non-performance. I demand and want Sharon McGillicuddy, NURSE fired for her defiance of me and open disregard for my health.

Cuanto tiempo a tenido este problema? ______ dias / semanas / meses (marque uno) You will all be hearing from the Federal Courts.

Siguiente dia de corte:

This was the last straw - I've had no medication in the last SEVEN DAYS.

Scott [signature] 2-1-07

**!!!ALTO!!! NO ESCRIBA DE BAJO DE ESTA LINIA**

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC Date:

**Initial Provider Note:** ______

Signature/Title: ______ Date: ______ Time: ______

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call ☐ PRN

Signature/Title: ______ Date: ______ Time: ______

**Appointment Scheduler:**

Appointment Date: ______

Signature/Title: ______

Date: ______ Time: ______

PATIENT LABEL

Form#: 83622 Rev: May, 2003

RECONSID.

93 S.Ct. 2041 BUSTAMONTE

CERMAK PHARMACY (773)
2800 SO.CALIF. CHICAGO,IL 60608
C3,304,581 02/01/08
HILDRETH,SCOTT CLG
20070028801 09-3H-32-65
Dr. K. SIMS
PRAMIPEXOLE DIHYD 1MG TA REF 10
**NON-FORMULARY** TAKE 1 #21
TABLET 3 TIMES A DAY BY MOUTH
Start/Stop: 01/25/08-04/18/08

LOT NO. / FILLED BY / EXP. DATE

Rec. 2-3-08

Part-A / Control #: X

Referred To: [illegible]

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: [illegible] Hildreth First Name: [illegible]

ID #: [illegible] Div.: [illegible] Living Unit: [illegible] Date: [illegible]

BRIEF SUMMARY OF THE COMPLAINT: [illegible] Feet [illegible] [illegible]

I AM TIRED OF INSUFFICIENT MEDICAL TREATMENT. I AM [illegible] PARKINSON'S.. I HAVE SWOLLEN FEET I HAD FOR OVER 10 DAYS I TOLD NURSE LORRAINE TODAY SHE HAD [illegible] OPEN DOOR AND SHE SAID [illegible] DISPENSARY. I AM TIRED OF THIS SHIT. [illegible] TIM DART AND [illegible] BOARD [illegible] I WANT PROPER MEDICAL TREATMENT. [illegible]

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** [illegible]

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: ___/___/___

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part – B / Control #: 200 X 0450

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Hildreth **First Name:** Scott **ID#:** 2007 0025801

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Denied Medical attention and medication

**C.R.W. Referred Griev. To:** Cermak **Date Referred:** 05/10/07

**Response Statement:** [illegible]

[illegible] - [illegible] **Date:** 5/11/07 **Div./Dept.** [illegible]

(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

____ - ____ **Date:** __/__/__ **Div./Dept.** ____

(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

C. Warren - [signature] **Date:** 5/11/07

(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 5/14/07 **Detainee Signature:** [signature]

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** __/__/__

***Detainee's Basis For An Appeal:*** ____

***Appeal Board's Acceptance Of Detainee's Request:*** *YES* ☐ *NO* ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

***Appeal Board's Signatures / Dates:***

**Date Detainee Rec.'d the Appl. Bd.'s Response:** __/__/__ **Detainee Signature:** ____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY - PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

SH 2060

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Hildreth **First Name:** Scott

**ID#:** 2007-0025801 **Div:** 9 **Tier/LivingUnit:** 2H

**Date of Request:** 5/18/07 **Date C.R.W. Received Request:** 5/22/07

**This Request has been processed by:** [illegible] **C.R.W.**

***Summary of Request:***

WANTS INCREASE DOSE OF MED.

***Response and/or Action Taken:***

AS PER DISCUSSION WITH KEVIN IN DISP. DIV 9 INMATE HILDRETH IS AWAITING NEW MEDICATION [illegible] FROM CERMAK

[illegible] **Date:** 5/22/07 **Div./Dept.** 9

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Part – B / Control #: 2007 X 1038

**C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE**

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** HILDRETH **First Name:** Scott **ID#:** 2007-0025401

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** LACK OF PROPER MEDICATION IS ALLEGED

**C.R.W. Referred Griev. To:** CERMAK **Date Referred:** 5/23/07

**Response Statement:**

Referred to Medical Services [illegible]

[illegible] medication for [illegible]

[illegible] **Date:** / / **Div./Dept.** [illegible]

(print- name of individual responding to this griev.) - (signature of individual responding to this griev.)

[illegible] **Date:** [illegible] **Div./Dept.**

(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

[illegible] - [illegible] **Date:** / /

(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** [illegible] **Detainee Signature:**

***REQUEST FOR AN APPEAL***

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** ___/___/___

***Detainee's Basis For An Appeal:***

***Appeal Board's Acceptance Of Detainee's Request:*** *YES* ☐ *NO* ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

***Appeal Board's Signatures / Dates:***

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___ **Detainee Signature:**

GRIEVANCE CODE(S): (______) (______) (______) (______)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

2-H 2060

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Hildreth **First Name:** Scott

**ID#:** 2007-0078401 **Div:** 9 **Tier/LivingUnit:** 2H

**Date of Request:** 6/19/07 **Date C.R.W. Received Request:** 6/27/07

**This Request has been processed by:** II [illegible] **C.R.W.**

***Summary of Request:***

CONCERNED ABOUT MEDICAL RESPONCE

***Response and/or Action Taken:***

AS PER DISPENSARY INMATE WILL BE GIVEN MEDICATION TODAY AND WILL BE SEEN FOR REGULAR CHECK UP ON MONDAY JULY 2

Robert Jewell - [signature] CRW **Date:** 6/28/07 **Div./Dept.** 9

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Weds. 6-20-07

Americ. Med. Assn.,

Director of AMA.,

Sir,

Does the Hipocratic oath, mean anything anymore? I cant tell. This is the 2nd letter from me to the AMA.!

I am suffering from Parkinsons disease.

I am not getting proper medical ~~attn.~~ treatment or medication. ~~[illegible]~~ Through Cook County Jail medical staff. And Cermak Hosp. ?

A. Doctor "Anaglate" in Div 9. has no professional attitude Actually a poor human attitude! He denied me meds. I've been taking for 13 yrs + ?! Said I didnt need it in his 120 second diagnoses. He's done similar to others.

I'd like to hear from someone at AMA So I know you are receiving these letters and acknowledging same ?'

I've filed numerous grievances to no avail.

P.S. ~~[illegible]~~ Also unprofessional nurse conduct by Price ? Nurse CLT

[illegible] — [illegible]

Sincerely

[signature]

Exhibit

7-28-07

Hello sir I have not had my meds for two days. Sgt Young is aware of it he called the dispensary yesterday they said give it next morning none yet it after 2:00pm cant even write well cant walk cant move well. ongoing thing [illegible]

[illegible]

[illegible]

Daniel A [illegible]

Timothy [illegible]

Marcus [illegible]

Richard [illegible]

Patrick Twist 20060098169

[illegible] Aug 17-18 and 19th [illegible] ongoing thing

Conti no meds Aug 27-28th!

no meds Sept 2,3,4, 22,23 [illegible] ?!

I Michael Orr Am writing this For Scott due to his illness. Cant write well.

#1 Claim Form

While in Cook County Jail I have Been Treated with indifference to A preexhisting illness parkinsons (13 yrs) denided medication, make to walk 1/2 mile on several occassions when unable to walk due to no medication at all. Have been made Fun of called names and Ridicul[ed] several different time names as pengium man shuffler geisha man short steps - due to my Illness. Have been told that nothing is wrong with me quit Faking

Ref
6-14-07
[illegible]

Medical Director,
Dr. E. [illegible]
COUTURE,

I am having Trouble again with my Health Care Provisions.
I am at a loss of words for this Place ?
I will be Suing Dr. [illegible] ANAGLATA, cc: [illegible] [illegible] [illegible]
I am experiencing [illegible] [illegible] [illegible] of my [illegible] [illegible]
[illegible] [illegible] on [illegible] [illegible] Treatment [illegible] [illegible] [illegible] [illegible]
I [illegible] now got "FOOT ROT" " Swollen feet and ankles never [illegible] [illegible]
[illegible] [illegible] [illegible] Paramedic [illegible] [illegible] [illegible] [illegible] vulnerable now
[illegible] [illegible] Req. [illegible] Paramedic And [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] now 2 [illegible] [illegible] [illegible] [illegible]
weekly ? [illegible] Daily [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] ? ! [illegible] [illegible] [illegible]
[illegible] ?

MEDICATION - MEDICAL TREATMENT 6-28-07

Dr. E. COUTURE 773 869 5623

Scott Hildreth #2007-0028801 Div. 9. 2H

Parkinsons - Symptoms. meds. Mirapex 1mg 3xday ? Did not get for 1 month in CCDC !?

Dr. E. ANAGLATE TOLD me I don't need meds nothing wrong with me. I can walk etc. [illegible] ?!!!? I've been medicated Diagnosed for 2 yrs! CAT scans - MRI's etc. ? [illegible] ?

Now I'm having TROUBLE getting my meds as Perscribed per med. Director E. Couture. I get it Daily sometimes ? not weekly now. why ? Cook I've grieved med staff.

I am Filing Court & want copy of med File.

CORIBUS. ~~4-26 5-2 5-18 5-21~~

4-26

5-2

5-18

5-21

6-19