③

**PRISONER CASE**

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

MAR 1 1 2008   NA

Mar 11, 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| **Plaintiff(s):**   SCOTT HILDRETH | **Defendant(s):**   JOHN STROGER, JR., et al. |
| **County of Residence:**   COOK | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |

Scott Hildreth
#2007-0028801
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

08CV1461
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**

☑ 1. Original Proceeding

☐ 5. Transferred From Other District

☐ 2. Removed From State Court

☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court

☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:**   ☐ Yes   ☑ No

**Signature:** M. Burke          **Date:** 3/11/08