08CV1461
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

2-15-08

**FILED**

Clerk of US Dist. Court,
Prisoner correspondence,

MAR 1 1 2008 MB
Mar 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,

I am filing this suit due to lack of proper medical at Cook County Jail. I have filled it out to best of my knowledge and ability.

The county Jail Div. 9 will not supply me with some pertinent information. Full names + Badge #s. and proper addresses.

Scott Hildreth
2-15-08

And Law Library shorted me one copy. I am having Trouble getting to Law Library to do Research.

ABOVE RE-WRITTEN FOR CLARITY, AS FOLLOWS:

Dear Clerk,
- I am filing this suit due to lack of proper medical care at Cook County Jail. I have filled it out to the best of my knowledge and ability.
- The county jail Division 9 will not supply me with some pertinent information - full names and badge numbers, and proper addresses.
- And law library shorted me 3 copy of the complaint. I am having trouble getting to law library to do research.

-Scott Hildreth
2-15-08