08CV1461
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

2-15-08

**FILED**
MAR 1 1 2008 MB
Mar 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of US Dist. Court,
 Prisoner correspondence,

Dear Clerk,
 I am filing this suit due to lack of proper medical at Cook County Jail. I have filled it out to best of my knowledge and ability.
 The county jail Div. 9 will not supply me with some pertinent information full names + Badge #s. and proper addresses.

—Scott [signature]
2-15-08

 And Law Library shorted me one copy. I am having Trouble getting to Law Library to do Research.

<u>ABOVE RE-WRITTEN FOR CLARITY, AS FOLLOWS:</u>

Dear Clerk,
— I am filing this suit due to lack of proper medical care at Cook County Jail. I have filled it out to the best of my knowledge and ability.
— The county jail Division 9 will not supply me with some pertinent information — full names and badge numbers, and proper addresses.
— And law library shorted me one copy of the complaint. I am having trouble getting to law library to do research.

—Scott Hildreth
2-15-08