UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Scott Hildreth, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-cv-01461 |
| | ) | |
| v. | ) | Honorable Ruben Castillo |
| | ) | |
| John Stroger, Jr., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on the 27th day of May, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo in the courtroom usually occupied by him, Room 2141, or any judge sitting in his stead, at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion to Withdraw.

Dated: May 21, 2008

Respectfully submitted,

s/Sean Gallagher
Sean Gallagher
BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60610
Telephone:  (312) 494-4400
Facsimile:  (312) 494-4440

*Appointed Counsel for Scott Hildreth*