## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1461 | **DATE** | 5/23/2008 |
| **CASE TITLE** | Scott Hildreth vs. Stroger, et al. | | |

**DOCKET ENTRY TEXT**

With the Court's thanks, Sean W. Gallagher's motion to withdraw as appointed counsel on behalf of plaintiff [10] is granted. Any motion to consolidate this case with 07 C 4696 must be noticed up before Judge Kennelly. Any proposed amended complaint must be filed under 07 C 4696 after Judge Kennelly has ruled on the motion to consolidate.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|